IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**'07 CIV 7712**

---

ORIX COMMERCIAL FINANCE, LLC :

    Plaintiff, :

v. : Case No. JUDGE BAER

HOLLYWOOD ENTERTAINMENT
CORPORATION :

                                         **RULE 7.1 STATEMENT**

and :

HOLLYWOOD MANAGEMENT
COMPANY :



RECEIVED
AUG 29 2007
U.S.D.C. S.D. N.Y.
CASHIERS

    Defendants :
———————————————————x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Orix Commercial Finance, LLC certifies that the following corporate parents, affiliates and/or subsidiaries of Plaintiff are publicly held and own 10% or more of its stock:

ORIX USA CORPORATION

ORIX CORPORATION

1262101

Dated: New York, New York
      August 29, 2007

                KASOWITZ, BENSON, TORRES
                & Friedman LLP

                By: _____
                     David J. Mark (DM-9548)
                     Kristina R. Juntunen (KJ-2871)
                1633 Broadway
                New York, New York 10019
                Tel: (212) 506-1700
                Fax: (212) 506-1800

                Michael D. Nord
                Patrick J. Madigan
                Gebhardt & Smith LLP
                One South Street
                Suite 2200
                Baltimore, Maryland 21202
                (410) 752-5830
                (410) 385-5119 (fax)

                *Attorneys for Plaintiff*

1262101