IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ORIX COMMERCIAL FINANCE, LLC | : |
| Plaintiff, | : |
| v. | : Case No. **'07 CIV 7712** |
| HOLLYWOOD ENTERTAINMENT CORPORATION | : **JUDGE BAER** |
| and | : **APPEARANCE** |
| HOLLYWOOD MANAGEMENT COMPANY | : |
| Defendants | : |

---x

PLEASE TAKE NOTICE that Kasowitz, Benson, Torres & Friedman LLP hereby appears as counsel for Plaintiff Orix Commercial Finance, LLC in this action. We certify that we are admitted to practice in this Court.

Dated: New York, New York
August 29, 2007

KASOWITZ, BENSON, TORRES
& Friedman LLP

By: _____
David J. Mark (DM-9548)
Kristina R. Juntunen (KJ-2871)
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Attorneys for Plaintiff*

1262101