# DEWEY PEGNO & KRAMARSKY LLP

220 EAST 42ND STREET

NEW YORK, NEW YORK 10017

(212) 943-9000

FACSIMILE: (212) 943-4325

WWW.DPKLAW.COM

THOMAS E.L. DEWEY
DAVID S. PEGNO
STEPHEN M. KRAMARSKY
KEARA A. BERGIN
JENIFER L. SALZBERG



October 23, 2007

**BY HAND**

The Honorable Harold Baer, Jr.
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

>    Re:    *Orix Commercial Finance v. Hollywood Entertainment Corp., et al.,*
>           **No. 07 Civ. 7712**

Dear Judge Baer:

We represent defendants Hollywood Entertainment Corp. and Hollywood Management Company in the above-referenced case. I write, with the consent of the plaintiff, to request an adjournment of the preliminary conference in this case, now scheduled for November 1.

This complaint in this matter was filed on August 29, 2007. On or about October 16, 2007, defendants, and related entities, filed for bankruptcy. In lieu of an answer, defendants filed a suggestion of bankruptcy with this Court on October 19, 2007. Because this case is now stayed pursuant to 11 U.S.C. § 362(a), we respectfully request that the preliminary conference in this case be adjourned.

Respectfully submitted,

Ariel P. Cannon

cc:    (via facsimile)
       Kristina Juntunen

Harold Baer, Jr., U.S.D.J.

Date: _____

Endorsement:

    Adjourned to January 3, 2008 and unless we hear from one side or the other by that date to continue the matter on our suspense calendar and why or that they are going forward and just request a time, it will be dismissed without prejudice on that date.