KASOWITZ, BENSON, TORRES & FRIEDMAN 

633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

WRITER'S DIRECT DIAL NUMBER
(212) 506-1906

January 2, 2008

The Honorable Harold Baer, Jr.
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Orix Commercial Finance v. Hollywood Entertainment Corp., et al., No. 07 Civ. 7712</u>

Dear Judge Baer:

    We represent the plaintiff in the above-captioned case. I write, with the consent of the defendants, to request an additional adjournment of the preliminary conference in this case, currently scheduled for tomorrow, January 3rd, 2008.

    The defendants' bankruptcy proceedings continue, and the above-captioned case remains stayed pursuant to 11 U.S.C. §362(a). The plaintiff currently intends to file a proof of claim in the bankruptcy proceedings prior to the bar date, which is currently scheduled for the end of this month. The parties will keep the court informed of any developments in the bankruptcy proceedings which relate to or have an impact on the case before this Court.

Respectfully submitted,

Kristina Juntunen

KJ/mh

*adjourned to Feb 28, 08 at 3 PM*

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
1/3/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

TOTAL P.03