**DEWEY PEGNO & KRAMARSKY**

220 EAST 42ND STREET
NEW YORK, NEW YORK 10017
(212) 943-9000
FACSIMILE: (212) 943-4325
WWW.DPKLAW.COM

THOMAS E.L. DEWEY
DAVID S. PEGNO
STEPHEN M. KRAMARSKY
KEARA A. BERGIN
JENIFER L. SALZBERG

TAMARA L. BOCK
ARIEL P. CANNON
DEBBIE KLEIN
WENDY J. REISMAN

February 27, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:
```

**BY FACSIMILE**

The Honorable Harold Baer, Jr.
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Orix Commercial Finance v. Hollywood Entertainment Corp., et al.,*
           No. 07 Civ. 7712

Dear Judge Baer:

    We represent defendants Hollywood Entertainment Corp. and Hollywood Management Company in the above-referenced case. I write with the consent of the plaintiff to request a further adjournment of the preliminary conference in this case and to ask that this case be placed on the Court's suspense docket.

    As the Court is aware, this case is currently stayed pursuant to 11 U.S.C. § 362(a). The bar date for claims to be filed in the bankruptcy court was January 29, 2008, and plaintiff timely filed a proof of claim in those proceedings. The voting deadline on the plan of reorganization is March 24, 2008 and the confirmation hearing on that plan is now scheduled for April 9, 2008. The parties will keep the Court informed of any developments in the bankruptcy proceedings that relate to or have an impact on the case before this Court.

Respectfully submitted,

Ariel P. Cannon

AC/ks

cc: Kristina Juntunen, Esq.

*[Handwritten endorsement:]* Adjournment granted. Case will be added to suspense calendar. Ordered to word w/in + homesick 90 days from date. Harold Baer, Jr., U.S.D.J. 2/28/08

Endorsement:

    Adjournment granted. Case will be added to suspense calendar and dismissed if no word within 90 days from date.