USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ORIX COMMERCIAL FINANCE, LLC : | |
| Plaintiff, : | |
| v. : | Case No. 07 Civ. 7712 (HB) |
| HOLLYWOOD ENTERTAINMENT : | |
| CORPORATION | |
| : | |
| and | STIPULATION OF |
| : | **VOLUNTARY DISMISSAL** |
| HOLLYWOOD MANAGEMENT | |
| COMPANY : | |
| Defendants : | |

---

In light of recent developments in the Bankruptcy proceedings and pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), the parties stipulate to the voluntary dismissal without prejudice of the above captioned action.

1262101

Dated: New York, New York
July 21, 2008

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

By: _____
  David J. Mark
  Kristina R. Juntunen
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

Michael D. Nord
Patrick J. Madigan
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, Maryland 21202
Tel: (410) 752-5830
Fax: (410) 385-5119

*Attorneys for Plaintiff*

DEWEY PEGNO & KRAMARSKY LLP

By: _____
  Ariel P. Cannon
The News Building
220 East 42nd Street
New York, New York 10019
Tel: (212) 943-9000
Fax: (212) 943-4325

*Attorneys for Defendants*

The Clerk of the Court is instructed to close any pending motions, close this case and remove it from my docket.

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.
Date: January 28, 2008

1262101